UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAPER CONCEPTS, INC. and SARAH STEFANY, <br> Plaintiff, <br><br> v. <br><br> AMERICAN GREETINGS CORPORATION and CARLTON CARDS RETAIL INC., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. <br><br> **05-40162 FDS** |

### PLAINTIFF PAPER CONCEPTS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, plaintiff Paper Concepts, Inc. states that it has no parent corporation. Paper Concepts, Inc. further states that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

Paper Concepts, Inc.

By their attorneys,

*/s/ Joel G. Beckman*
Joel G. Beckman BBO#553086
Dana A. Zakarian BBO# 641058
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: September 16, 2005