UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAPER CONCEPTS, INC. and SARAH STEFANY, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br> AMERICAN GREETINGS CORPORATION and CARLTON CARDS RETAIL INC., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) Civil Action No. 05-40162 ) ) ) ) ) ) ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), plaintiffs in the above-captioned action hereby voluntarily dismiss this action, which has not been formally served on defendants, without prejudice.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　PAPER CONCEPTS, INC. AND
　　　　　　　　　　　　　　　　　SARAH STEFANY

　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　/s/ Dana A. Zakarian
　　　　　　　　　　　　　　　　　Joel G. Beckman BBO#553086
　　　　　　　　　　　　　　　　　Dana A. Zakarian BBO# 641058
　　　　　　　　　　　　　　　　　Nystrom Beckman & Paris LLP
　　　　　　　　　　　　　　　　　10 St. James Ave., 16th Floor
　　　　　　　　　　　　　　　　　Boston, Massachusetts 02116
　　　　　　　　　　　　　　　　　(617) 778-9100
　　　　　　　　　　　　　　　　　(617) 778-9110 (fax)

Dated: January 31, 2006